UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Honorable Robert B. Kugler |
| v. | : | |
| | : | Criminal No. 00-384 (RBK) |
| EARL WYNN | : | Criminal No. 00-385 (RBK) |

ORDER

This matter having come before the Court on motion of Christopher J. Christie, United States Attorney for the District of New Jersey (Kevin T. Smith, Assistant United States Attorney, appearing) to reduce the sentences previously imposed on defendant Earl Wynn pursuant to Fed. R. Crim. P. 35(b); and the Court having considered the materials submitted and arguments of counsel; and for good cause shown,

IT IS ON this 2nd day of August, 2005

ORDERED that the motion of the United States, pursuant to Fed. R. Crim. P. 35(b), to resentence and reduce the sentence previously imposed on defendant Earl Wynn is hereby GRANTED;

IT IS FURTHER ORDERED that defendant Earl Wynn hereby resentenced to Time Served on each of the custodial sentences imposed under Criminal No. 00-384 and Criminal No. 00-385;

IT IS FURTHER ORDERED that all other terms and conditions of the sentences previously imposed on defendant Earl Wynn on December 20, 2002, shall remain in full force and effect, to include, the defendant's two - five year concurrent terms of Supervised Release imposed under Criminal No. 00-384 and Criminal No. 00-385; and

IT IS FURTHER ORDERED that the motion of the United States and the material submitted in support thereof shall be maintained under seal until further order of the Court.

_____
HONORABLE ROBERT B. KUGLER
United States District Judge